ALAN L. ROSEN, BAR#67328
LAW OFFICES OF ROSEN AND LOEB
16000 VENTURA BLVD., SUITE 1150
ENCINO, CA 91436
818-907-5866     818-461-5959 (FAX)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 2:12-CV-01522-KJM-AC |
| Plaintiff, | ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER |
| v. | |
| RAVINESH TONY BEHARI, et al., | |
| Defendant | |

Based upon plaintiff's request for an order for service of process by registered process server, and upon finding of good cause,

IT IS HEREBY ORDERED that Rezak Meyer Attorney Service, who is at least 18 years of age, of suitable discretion, and not a party to this action, be authorized and appointed to serve the writs in this case.  The U.S. Marshals Service will remain the levying officer.

DATED:  May 2, 2014.

_____
UNITED STATES DISTRICT JUDGE

-1-

ORDER